## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DAVID C. ZIMMERMANN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No.: 4:06CV446 JCH ) |
| SERVICE FIRST, INC., d/b/a FRUEH SERVICES, | ) ) ) |
| Defendant. | ) |

## CONSENT JUDGMENT

The parties having entered into a Stipulation for Entry of Judgment by Consent, which has been reviewed by the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant pursuant to the attached Stipulation.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this matter to enforce the Stipulation.

*Jean C. Hamilton*
The Honorable Jean C. Hamilton
United States District Judge

Dated this 23rd day of August, 2006

295987.WPD